UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/26/2024__

SANTANDER CONSUMER USA, INC.,

                              Plaintiff,

            -against-

VILLAGE OF BRIARCLIFF MANOR,

                              Defendant.

7:23-CV-5254 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 30 days with a request that the agreement be "so ordered" by the Court.

Dated:   April 26, 2024                        SO ORDERED:
         White Plains, New York

                                    _____
                                         NELSON S. ROMÁN
                                       United States District Judge